DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH LOCASCIO,**
Appellant,

v.

**THE WATER'S EDGE CONDOMINIUM, INC.,**
Appellee.

No. 4D18-3795

[July 3, 2019]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE 15-5707.

Jerome R. Schechter of Jerome R. Schechter, P.A., Fort Lauderdale, for appellant.

Edward F. Holodak of Edward F. Holodak, P.A., Plantation, and Gordon Koegler of Law Offices of Gordon Koegler, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***